CITY OF NEW YORK *v.* UNITED STATES ET AL.

No. 1121.   Decided March 16, 1970*

*J. Lee Rankin, Norman Redlich, John R. Thompson,* and *David I. Shapiro* for appellant in No. 1121.   *Benjamin F. Schwartz* and *Herbert A. Karzen* for appellants in No. 1122.

*Solicitor General Griswold, Assistant Attorney General McLaren, Howard E. Shapiro,* and *Bernard M. Hollander* for the United States in both cases.   *Carl J. Schuck, Wayne H. Knight, Fred D. Fagg III, Philip K. Verleger, Allyn O. Kreps, Julian O. Von Kalinowski, Lloyd N. Cutler, Howard P. Willens, James S. Campbell, Ross L. Malone,* and *Marcus Mattson* for Automobile Manufacturers Assn., Inc., et al., appellees in both cases.

Briefs of *amici curiae* in No. 1121 were filed by *Jerry S. Cohen, Harold E. Kohn, Aaron M. Fine,* and *William T. Coleman, Jr.,* for the City of Baltimore et al.; by *John H. Larson* for the County of Los Angeles et al.; and by *David Berger* and *Herbert B. Newberg* for the County of Lackawanna et al.

PER CURIAM.

In No. 1121 the motion to affirm is granted and the judgment is affirmed.

In No. 1122 the motion to dismiss is granted and the appeal is dismissed for want of jurisdiction.

---

*Together with No. 1122, *Grossman et al.* v. *Automobile Manufacturers Assn., Inc., et al.,* also on appeal from the same court.